[No. 3393-1.    Division One.    October 4, 1976.]

ARTHUR R. TRIMBLE, ET AL, *Appellants,* v. ROSE C. CUNDY, *Respondent.*

Appeal from a judgment of the Superior Court for Island

County, No. 7703, Howard A. Patrick, J., entered October 18, 1974. *Affirmed* by unpublished per curiam opinion.